# Third District Court of Appeal

## State of Florida

Opinion filed March 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0926
Lower Tribunal No. F96-4419C
_____

**Christopher D. Blake,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard L. Hersch, Judge.

Christopher D. Blake, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. See Johnson v. State, 763 So. 2d 283 (Fla. 2000); see also

Sanchez v. State, 765 So. 2d 246 (Fla. 3d DCA 2000).